Heather S. Candy, SBN: 205900
PALMER KAZANJIAN WOHL HODSON LLP
520 Capitol Mall, Suite 600
Sacramento, CA 95814
Telephone:  (916) 442-3552
Facsimile:  (916) 442-3606
E-Mail:  hcandy@pkwhlaw.com

Attorneys for Defendants
H&M ROOFING; TOD MARSTON; AND TOM HORAN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff<br><br>v.<br><br>H&M ROOFING, INC., a corporation; TOD MARSTON, an individual; BRIAN ELLIS, an individual; and TOM HORAN, an individual,<br><br>Defendants. | Case No. 2:09-cv-03340-JAM-KJM<br><br>**ORDER GRANTING APPLICATION FOR ORDER SHORTENING TIME TO HEAR DEFENDANTS H&M ROOFING, TOD MARSTON AND TOM HORAN'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF MOTION FOR PROTECTIVE ORDER** |

Good cause having been shown, Defendants H&M Roofing, Tod Marston and Tom Horan's Application for Order Shortening Time is granted. Defendants' Motion to Stay Discovery Pending Resolution of Motion for Protective Order shall be heard on September 15, 2010 at 9:30 a.m. Plaintiff's Opposition shall be filed and served on September 7, 2010 and Defendants' Reply shall be filed and served on September 10, 2010.

IT IS SO ORDERED.

Dated: August 30, 2010          /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                Judge of the U. S. District Court

PALMER KAZANJIAN WOHL HODSON LLP
520 Capitol Mall, Suite 600
Sacramento, CA  95814
916.442.3552

[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER SHORTENING TIME TO HEAR DEFENDANTS H&M ROOFING, TOD MARSTON AND TOM HORAN'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF MOTION FOR PROTECTIVE ORDER

PDF created with pdfFactory trial version www.pdffactory.com