Heather S. Candy, SBN: 205900
PALMER KAZANJIAN WOHL HODSON LLP
520 Capitol Mall, Suite 600
Sacramento, CA 95814
Telephone:    (916) 442-3552
Facsimile:    (916) 442-3606
E-Mail:       hcandy@pkwhlaw.com

Attorneys for Defendants
H&M ROOFING; TOD MARSTON; AND
TOM HORAN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff<br><br>v.<br><br>H&M ROOFING, INC., a corporation; TOD MARSTON, an individual; BRIAN ELLIS, an individual; and TOM HORAN, an individual,<br><br>Defendants. | Case No. 2:09-cv-03340-JAM-KJM<br><br>**ORDER GRANTING DEFENDANTS H&M ROOFING, TOD MARSTON AND TOM HORAN'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF MOTION FOR PROTECTIVE ORDER**<br><br>Date:    September 15, 2010<br>Time:    9:30 a.m.<br>Ctrm:    6<br>Judge:   John A. Mendez |

Good cause having been shown, Defendants H&M Roofing, Tod Marston and Tom Horan's Motion to Stay Discovery Pending Resolution of Motion for Protective Order is granted. Defendants' Motion to Stay shall be in effect for seven days pending the outcome of Defendants' Motion for Protective Order scheduled to be heard by the Honorable Kimberly J. Mueller on September 22, 2010. The Stay shall remain in effect until Judge Mueller issues a ruling on Defendants' Motion for Protective Order, but no later than 30 days after the September 22, 2010 hearing.

IT IS SO ORDERED.

Dated: September 16, 2010         /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  Judge of the U. S. District Court

[PROPOSED] ORDER GRANTING DEFENDANTS H&M ROOFING, TOD MARSTON AND TOM HORAN'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF MOTION FOR PROTECTIVE ORDER