IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HILDA SOLIS,

    Plaintiff,         No. CIV S-09-3340 JAM KJM

    vs.

H & M ROOFING, et al.,

    Defendants.              <u>ORDER</u>

_____/

    Plaintiff seeks clarification of the court's October 15, 2010 order on discovery motions. Accordingly, IT IS HEREBY ORDERED that:

    1. Paragraph 1.a. of the October 15, 2010 applies to defendant H&M Roofing.

    2. The requirement to identify previously provided documents by Bates-stamped page numbers in paragraph 2.b. of the October 15, 2010 order applies to interrogatories previously responded to, in which the responses referred generally to previously provided documents.

    3. The October 15, 2010 order is without prejudice to a motion to compel further deposition testimony from previously deposed deponents after the further production of documents compelled in the order. Any such future motion shall be subject to the limiting provisions applicable to future discovery motions contained in the October 15 order.

1

1             4. The overruling of defendants' general objections in paragraph 2.a. applies to
2  all the discovery at issue on the motions, with the exception of requests for admission nos. 3 and
3  43, which were resolved by the October 15 order.  Defendants should provide, without
4  objections, responses to requests for admission nos. 17-18, 27-32, 44; interrogatories nos. 2, 5, 7-
5  12, 14, 18, 20, 22-23; and requests for production of documents nos. 1-3, 7, 14, 20, 22-47, 51-58.
6  DATED: October 19, 2010.

_____
U.S. MAGISTRATE JUDGE

1  006
   solis-h&mroof.cla

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26